**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MICHAEL ALLEN**                                                              **PLAINTIFF**

**v.**                                                              **No. 4:04CV384-D-A**

**DR. JOHN BEARRY, ET AL.**                                          **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case

is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be

granted, counting as a "strike" under  28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).


**SO ORDERED,** this the 13th  day of June, 2005.




 /s/ Glen H. Davidson
CHIEF JUDGE