# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

MICHAEL ALLEN                                                              PLAINTIFF

v.                                                                 No. 4:04CV384-D-A

DR. JOHN BEARRY, ET AL.                                                   DEFENDANTS

### MEMORANDUM OPINION

The court takes up, *sua sponte,* the dismissal of this *pro se* prisoner case challenging

conditions of confinement under 42 U.S.C. § 1983.  For the purposes of the Prison Litigation

Reform Act, the plaintiff was incarcerated at the time the instant case was filed.  The plaintiff

claims that he was charged twice for the same visit to the prison infirmary.  For the reasons set

forth below, the instant case shall be dismissed with prejudice.

### Facts – As Alleged

The plaintiff alleges that he was charged the $3.00 infirmary fee twice for the same visit

to the infirmary.  The plaintiff filled out a sick call request January 19, 2004, and a second

request on January 26, 2004.  The plaintiff went to the infirmary on January 27, 2004, and

received treatment.  He was called to the infirmary again on January 30, 2004; he informed the

doctor on duty that he had already been examined, but did not receive his medication.  He was

charged for both visits.

### Discussion

The plaintiff's complaint fails on its face.  The plaintiff filled out two sick call requests.

He saw a doctor twice – one visit per request.  He was charged a fee for each visit.  The plaintiff

apparently feels that the defendants should have aggregated his sick call slips and seen him just

one time.  While that might have been more efficient, it certainly was not required.  For these

reasons, the instant case shall be dismissed with prejudice for failure to state a claim upon which

relief could be granted, counting as a "strike" under  28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

A final judgment consistent with this memorandum opinion shall issue today.


**SO ORDERED,** this the 13th  day of June, 2005.



 /s/ Glen H. Davidson
CHIEF JUDGE